[No. 9618–8–II. Division Two. December 4, 1987.]

BRENDA TETT, *Appellant,* v. FRITO LAY, INC., *Respondent.*

Appeal from a judgment of the Superior Court for Pierce

County, No. 85-2-04279-0, Arthur W. Verharen, J., entered February 21, 1986. *Reversed* by unpublished opinion per Wieland, J. Pro Tem., concurred in by Berschauer and Goodloe, JJ. Pro Tem.